

United States of America
United States Patent and Trademark Office

# AUNTY TOOTIE'S

**Reg. No. 4,390,574**  AUNTY TOOTIE'S, INC. (OHIO CORPORATION)
3618 RESERVE DRIVE
**Registered Aug. 27, 2013**  MEDINA, OH 44256

**Int. Cl.: 29**  FOR: CHITTERLINGS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 4-1-2012; IN COMMERCE 4-1-2012.
**TRADEMARK**

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES ALTHEA B. WALKER (AS "AUNTY TOOTIE"), WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 85-653,225, FILED 6-15-2012.

DAYNA BROWNE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**EXHIBIT 1 TO COMPLAINT**