# Aunt Tootie's Pork Chittlins 

In 1954 Althea Singletary was born in Akron, Ohio on a cool fall morning. She was given the affectionate name of "Tootie" which many have come to know and love.

At a very young age she watched attentively as her Grand Mother, Mother and many Aunts cleaned Chitterlings for the entire family for special holidays and occasions.

At the age of 10 she finally got her chance to clean her first bucket of Chitterlings and was told if you only clean a half bucket you make sure that it's truly clean. "it's not how fast you are it's how loving and careful you are" she was told.

In 1989 the family opened the Bar B-Q Boss restaurant to share the special dish with those who trusted her care and dedication for putting out a great product.

Aunty Tootie, as she is called has served thousands of customers who have shared this dish with many family and friends.

Aunty Tootie's® Gourmet Style Chitterlings in its seasoned broth is a dinner-time favorite that tastes like you spent all day in the kitchen. It contains no preservatives and it's presented to you in a flavor sealed container- a quick and easy meal solution.

Previously handled frozen for your protection

## Cooking Directions

Microwave: (For best results, thaw under refrigeration for two hours prior to cooking)

1. Remove tray from box, pierce the film, and place it in the microwave.
2. Heat on HIGH for 5 minutes or until internal temperature reaches 180°f. Remove from microwave and let stand for 2 minutes.
3. Carefully peal back the film and serve; in our tray or on your plate.

Conventional Stove Top:

1. Remove tray from box, peal back the film, and place contents of the tray in a stove top safe pot.
2. Add one cup of water for every pound of product.
3. Bring product to a boil and continue cooking for 5 minutes or until internal temperature reaches 180°f. Let stand for 2 minutes. Serve.

This product must be cooked prior to eating. Heating times are approximate as appliances may vary.

Manufactured by Aunty Tootie's LLC,
Warren, Ohio 44483



**Nutrition Facts**
Serving Size 3oz. (85g)
Servings per Container: About 5
Amount Per Serving
Calories 100    Calories from Fat 80

| | % Daily Values* |
|---|---|
| Total Fat 9g | 14% |
| Saturated Fat 4g | 20% |
| Cholesterol 85g | 28% |
| Sodium 470g | 20% |
| Total Carbohydrate 0g | 0% |
| Dietary Fiber 0g | 0% |
| Protein 12g | |

Vitamin A 0% • Vitamin C 0%
Calcium 4% • Iron 25%
Zinc 40% • Thiamine 0%
Riboflavin 0% • Niacin 0%
Vitamin B-6 0% • Folate 0%
Vitamin B-12 20% • Phosphorus 6%
Magnesium 4% • Vitamin D 0%



0 40232 00082 9

**EXHIBIT 2 TO COMPLAINT**