**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERNDISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| AUNTY TOOTIEøS, INC. ) | CASE NO.: 5:15-cv-00054 |
| 3618 Reserve Drive ) | |
| Medina, OH 44256 ) | |
|       PLAINTIFF ) | JUDGE: DAN AARON POLSTER |
|     V. ) | |
| ) | |
| ROUSHøS MARKET, INC. ) | |
| 554 West Thornton Street ) | |
| Akron, OH 44307 ) | **NOTICE OF APPEARANCE** |
| ) | |
| and ) | |
| ) | |
| DIAMOND K MEATS, INC. ) | |
| d/b/a CHEF-KO WHOELSALE MEATS ) | |
| 2700 East 40th Street ) | |
| Clevlenad, OH 44115 ) | |
| ) | |
| and ) | |
| ) | |
| CARL VENNITTI, JR. ) | |
| 1291 North Road, N. E. ) | |
| Warren, OH 44483 ) | |
| ) | |
|       DEFENDANTS ) | |

1

Now comes the Plaintiff and states the undersigned, Edward L. Gilbert, has been retained as co-counsel for the plaintiff.

Respectfully submitted,

**EDWARD L. GILBERT CO. L.P.A.**

  /s/ Edward L. Gilbert
Edward L. Gilbert (0014544)
Attorney for Defendant
One Cascade Plaza, Suite 825
Akron, Ohio 44308
(330) 376-8855
(330) 376-8857
egilbert@edwardlgilbert.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Defendant's Notice of Appearance has been sent, via regular U.S. mail on this 30th day of January, 2015 to:

Roush's Market, Inc.
554 West Thornton Street
Akron, OH 44307
and

Diamond K Meats, Inc.
d/b/a Chef 'Ko Wholesale Meats
2700 East 40th Street
Clevlenad, OH 44115
and

Carl Vennitti, Jr.
1291 North Road, N. E.
Warren, OH 44483

                                                      /s/ Edward L. Gilbert
                                                     Edward L. Gilbert (0014544)