**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Diamond K Meats, Inc.
d/b/a Chef-Ko Wholesale Meats
2700 East 40th St.
Cleveland, OH 44115
5:15CV54-DAP

2. Article Number
(Transfer from service label) 7000 0600 0027 0176 2433

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kim Holderman
☐ Agent
☐ Addressee

B. Received by (Printed Name): KIM HOLDERMAN
C. Date of Delivery: 2/3/15

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box -

Clerk's Office, U.S. District Court
Northern District of Ohio
2 South Main Street
Akron, OH 44308