Case: 5:15-cv-00054-DAP  Doc #: 7  Filed: 02/10/15  1 of 2.  PageID #: 32

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roush's Market, Inc.
554 W. Thornton St.
Akron, OH 44307
5:15cv 54 - DAP

2. Article Number
(Transfer from service label) 7000 0600 0027 0176 2440

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Mike Abdallah
C. Date of Delivery: 02/03/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk's Office, U.S. District Court
Northern District of Ohio
2 South Main St.
Akron, OH 44308