IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AUNTY TOOTIE'S, INC., | ) | CASE NO. 5:15-cv-00054 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT ROUSH'S MARKET,** |
| ROUSH'S MARKET, INC., et al., | ) | **INC.'S MOTION FOR EXTENSION OF** |
| | ) | **TIME TO ANSWER PLAINTIFF'S** |
| Defendants. | ) | **COMPLAINT** |

Defendant Roush's Market, Inc., by and through its undersigned counsel, respectfully moves the court for an order granting them an additional twenty-eight (28) days, or until March 26, 2015, within which to move or plead to plaintiff's complaint.

The undersigned counsel has been recently retained and is still in the process of analyzing the allegations and legal arguments set forth in plaintiff's complaint.  Counsel has not had the opportunity to meet and discuss the allegations with his client.  This motion is not filed for the purposes of delay, and granting this extension will not prejudice any of the parties to this action.  There have been no prior leaves.

For the reasons set forth above, Defendant Roush's Market, Inc. moves the Court for an order allowing them to move or plead to the complaint on or before March 26, 2015.

Respectfully submitted,

*s/Mark A. Greer*

**MARK A. GREER (0037198)**
GALLAGHER SHARP
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio  44115
(216) 241-5310 (phone)
(216) 241-1608 (fax)
mgreer@gallaghersharp.com

*Counsel for Defendant, Roush's Market, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2015 the foregoing Motion for Extension of Time to Answer Plaintiff's Complaint was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

*s/Mark A. Greer*

**MARK A. GREER (0037198)**
*Counsel for Defendant, Roush's Market, Inc.*

2