IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AUNTY TOOTIE'S, INC., | ) | Case No. 5:15-CV-0054 |
| | ) | |
| Plaintiff, | ) | JUDGE DANIEL AARON POLSTER |
| | ) | |
| vs. | ) | ORDER STAYING PROCEEDINGS |
| | ) | |
| ROUSH'S MARKET, INC., *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME the parties (other than Defendant Roush's Market, Inc.) in the above-captioned matter, by and through their attorneys, and hereby stipulate and agree, *subject to the Court's approval,* to a stay of all proceedings (including the time for Defendants Diamond K Meats, Inc. and Carl Vennitti, Jr. to answer Plaintiff's *Complaint*) – except for the Case Management Conference, which should not be delayed.

The reason for this *Stipulation* is that the parties are engaging in informal discovery and the exchange of information, in an attempt to minimize costs and resolve this matter without the need for further litigation. Accordingly, the parties ask for an opportunity to resolve this matter on their own. If they are unable to do so by the Case Management Conference, the parties ask the Court to conduct the Case Management Conference as a settlement conference – to help the parties reach a resolution and with all parties being required to attend in person.

If the parties are unable to resolve their differences at the Case Management Conference, the parties can conduct their Rule 26(f) conference before leaving the Court that day, the undersigned Defendants can file their answer within 3 business days, and the parties can exchange their initial disclosures within 5 business days.

For all the foregoing reasons, the parties ask that their *Stipulation* be approved because it

will not involve any undue delay, and it will enhance economy by maximizing the chances of resolution without further litigation.

Date:
   2/25/15                                              /s/Dan Aaron Polster
                                                                     JUDGE DANIEL AARON POLSTER

We stipulate to the entry of this Order:

| /s/ Ray L. Weber | /s/ Barry Y. Freeman |
|---|---|
| Ray L. Weber (0006497) | Barry Y. Freeman (0062040) |
| Laura L. Gentilcore (0034702) | BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC |
| Mark L. Weber (0072078) | |
| RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER | One Cleveland Center |
| | 1375 East Ninth Street, Suite 1700 |
| 106 South Main Street, Suite 400 | Cleveland, OH 44114 |
| Akron, OH 44308 | Telephone: 216.736.4223 |
| Telephone: 330.376.1242 | Facsimile: 216.615.3023 |
| Facsimile: 330.376.9646 | |
| | bfreeman@bdblaw.com |
| rlweber@rennerkenner.com | |
| ljgentilcore@rennerkenner.com | *Attorney for Defendants Diamond K Meats, Inc. and Carl Vennitti, Jr.* |
| mlweber@rennerkenner.com | |

*Attorneys for Plaintiff*

«CL2:429237_1»