# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

2015 APR -9 PM 2:18

| | |
|---|---|
| Aunty Tootie's, Inc., | Case No. 5:15-cv-00054 |
| Plaintiff, | Judge Dan Aaron Polster |
| vs. | **STIPULATED DISMISSAL ENTRY** |
| Roush's Market, Inc., et al, | |
| Defendants. | |

The Court held a Case Management Conference today, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs. The Stipulated Permanent Injunction remains in effect. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiff-Aunty Tootie's, Inc.

_____
Attorney for Defendant-Roush's Market, Inc.

_____
Attorney for Defendant-Diamond K Meats, Inc.

_____
Attorney for Defendant-Carl Vennitti, Jr.

IT IS SO ORDERED.

_____
Dan Aaron Polster
United States District Judge